1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MOODY W. TANKSLEY,                    No. CIV S-08-2881-CMK-P

12                   Plaintiff,

13         vs.                             <u>ORDER</u>

14   CDC-SALINAS, et al.,

15                   Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a complete application to proceed in forma

19   pauperis, along with a certified copy of his prison trust account statement for the six-month

20   period immediately preceding the filing of the complaint, or paid the required filing fee.  <u>See</u> 28

21   U.S.C. §§ 1914(a), 1915(a), (a)(2).  Plaintiff will be provided the opportunity to submit either a

22   completed application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is

23   warned that failure to resolve the fee status of this case within the time provided may result in the

24   dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

25   <u>See</u> Local Rule 11-110.

26   / / /

                                              1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.      Plaintiff shall submit on the form provided by the Clerk of the Court,

3  within 30 days from the date of this order, a complete application for leave to proceed in forma

4  pauperis, with the required certified copy of his prison trust account statement, or the appropriate

5  filing fee; and

6           2.      The Clerk of the Court is directed to send plaintiff a new form Application

7  to Proceed In Forma Pauperis By a Prisoner.

8

9  DATED:  December 3, 2008

10

11                                  **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26