IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY W. TANKSLEY, | No. CIV S-08-2881-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ARANDA, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed and judgment was entered on August 28, 2009, following plaintiff's failure to fully comply with the court's order to submit documents for service of the action by the United States Marshal. Pending before the court is plaintiff's motion for reconsideration (Doc. 29). Good cause appearing therefor, and in the interest of justice, the court will vacate the judgment and dismissal order and re-open this action. Plaintiff will be provided another opportunity to submit the required service documents.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Plaintiff's motion for reconsideration (Doc. 29) is granted;

///

1

2. The judgment entered on August 28, 2009, and the order issued that same date, are hereby vacated and this action is re-opened;

3. The court authorizes service on the following defendant(s):

> ARANDA;
>
> WILLS;
>
> BEAM;
>
> SULLIVAN;
>
> BIAGGINI;
>
> MUNZI; and
>
> JONES;

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the second amended complaint; and

5. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

> a. The completed Notice of Submission of Documents;
>
> b. One completed summons;
>
> c. Seven completed USM-285 form(s); and
>
> d. Eight copies of the endorsed second amended complaint.

DATED: October 1, 2009

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MOODY W. TANKSLEY,                    No. CIV S-08-2881-CMK-P
12          Plaintiff,
13      vs.
14   ARANDA, et al.,
15          Defendants.
16
17   _____/
18                    NOTICE OF SUBMISSION OF DOCUMENTS
19          Plaintiff hereby submits the following documents in compliance with the court's
20   order:
21          __1__      completed summons form;
22          _____      completed USM-285 form(s); and
23          _____      copies of the second amended complaint.
24
25   DATED: _____          _____
                                                Plaintiff
26
```